In the Matter of MIGUEL M., Also Known as MIQUEL M., Appellant; CHARLES BARRON, M.D., Director of the Department of Psychiatry at Elmhurst Hospital Center, Respondent.

Submitted June 27, 2011; decided October 13, 2011

Motion for reargument denied [*see* 17 NY3d 37 (2011)].

FRANCISCA MONTAN, Appellant, v SAINT VINCENT'S CATHOLIC MEDICAL CENTER et al., Defendants, and ST. VINCENT'S MIDTOWN HOSPITAL et al., Respondents.

Submitted July 18, 2011; decided October 13, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ALFARO, Appellant.

Submitted September 26, 2011; decided October 13, 2011

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARVEY A. BAILEY, Appellant.

Submitted June 27, 2011; decided October 13, 2011

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.